UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JANISA JOSEFINA LANZARO-BRUNSTEIN,

Plaintiff,

v.

AUTHOR REPUTATION PRESS LLC,

Defendant.

## COMPLAINT

### NATURE OF THE ACTION

This action arises from Defendant's unauthorized reproduction, distribution, and commercial exploitation of Plaintiff's copyrighted work.

### PARTIES

Plaintiff is the author of:

"From Boiling Water to Master of the Southern European Cuisine: A Travelogue by Janisa J. Brunstein."

ISBN-13: 979-8893302349. Published July 13, 2023.

### FACTUAL ALLEGATIONS

Plaintiff granted limited authorization to record portions of the work.

Defendant exceeded that authorization by monetizing, distributing, and exploiting the work.

Defendant sold the work via Amazon, Barnes & Noble, and other retailers.

Defendant created and distributed video and audio recordings online and via radio.

Plaintiff received no compensation.

### FORMAL NOTICE VIA CERTIFIED MAIL

On December 8, 2023, Plaintiff, through counsel Brian Eisen, Attorney at Law, sent a cease and desist letter via certified mail.

Tracking Number: 9589071052700224953950.

Address: 45 Dan Road, Suite 5, Canton, MA 02021.

The letter demanded termination, removal, and accounting.

Defendant received notice and failed to comply.

Defendant continued infringement, constituting willful conduct.

### CLAIMS FOR RELIEF

Count I – Copyright Infringement

Count II – Willful Infringement

Count III – Breach of Contract

Count IV – Unjust Enrichment

Count V – Fraud

DAMAGES

Plaintiff seeks:

- Statutory damages up to $150,000

- Compensatory damages exceeding $250,000

- Disgorgement of profits

- Injunctive relief

- Costs and interest

INJUNCTIVE RELIEF

Immediate cessation of all use, removal from all platforms, and accounting of profits.

JURY DEMAND

Plaintiff demands trial by jury.

Dated: April 14, 2026

Respectfully submitted,

_____

Janisa Josefina Lanzaro-Brunstein

Pro Se Plaintiff

25 Aldo Ct

Monroe, NY 10950

Email: janisabrunstein@icloud.com

Phone: __716-380-3763_____

EXHIBITS

Exhibit A – Cease & Desist Letter

Exhibit B – Certified Mail Receipt

Exhibit C – Delivery Confirmation